Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Mississippi ~ [Northern]

Northern Division

| | |
|---|---|
| Torey C Smith Pro Se <br> _____ <br> Plaintiff(s) <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> City of Bossier Police Department <br> _____ <br> Defendant(s) <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:19cv194 CWR-LRA <br> (to be filled in by the Clerk's Office) <br><br> Jury Trial: (check one)  ✓ Yes  ☐ No <br><br> SOUTHERN DISTRICT OF MISSISSIPPI <br> FILED <br> MAR 20 2019 <br> ARTHUR JOHNSTON <br> BY _____ DEPUTY |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Torey C. Smith   633 budici st Apt 7B
Street Address: Jackson Hinds County
City and County: MS 39204
State and Zip Code: 
Telephone Number: 601-500-1686
E-mail Address: FoxsHamil4A

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: City of Bossier City Police Department
Job or Title (if known):
Street Address: P.O. Box 6216
City and County: Bossier City La
State and Zip Code: Louisiana
Telephone Number: 318-741-8611
E-mail Address (if known):

Defendant No. 2

Name: Dillards
Job or Title (if known):
Street Address: 2950 E Texas St #670
City and County: Bossier City LA
State and Zip Code: 71111
Telephone Number: 318-747-5610
E-mail Address (if known):

Defendant No. 3

Name: Unknown Officer
Job or Title (if known): Police Officer
Street Address: P.O. Box 6216
City and County: Bossier City La 71111
State and Zip Code: 318-741-8611
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name: Unknown Sale Associte
Job or Title (if known): Sale Associte
Street Address: 2950 E Texas St #670
City and County: Bossier City LA
State and Zip Code: 71111
Telephone Number: 318-747-5610
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. U.S.C. 42.1983

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Torey C. Smith , is a citizen of the State of *(name)* Mississippi.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Unknown police officer , is a citizen of the State of *(name)* LA . Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) Dillards , is incorporated under the laws of the State of (name) La , and has its principal place of business in the State of (name) LA .

Or is incorporated under the laws of (foreign nation) _____ ,

and has its principal place of business in (name) _____ .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On March 6, 2019 I was Falesy Acussed of Shoplifting By servesal of Dillards Emopleys I was Handcuff By A police Officer Who hat on A Bossier City Poilce uniform I was Then Taken To A Room Thrown Up Against The wall While In Handcuff I Previously had surgery on my Breast where the officer Bump me Against It causeson Pain The Dillards Associate Aswell as The Police Officer Discrimated Against my Sexully preferenc calling me names saying I Should Die I was Refused medical Treatment countless Times By The Bossior city Police officer I Explain I fear my life was In Danger Due To Action To Be Contial

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Montary, Puntive, Legal Fees, Any other medical Expince It may caused Do To fact of There Action's of unwanted Acts Towards me Is my Reason

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-20-2019

Signature of Plaintiff: Torey C. Smith
Printed Name of Plaintiff: Torey C. Smith

#### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____